UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

Michigan First Credit Union,

    Plaintiff,

v.

T-Mobile USA, Inc.,

    Defendant.
_____/

Civil Case No. 22-13159
Hon. Jonathan J.C. Grey

## **JUDGMENT**

The above-entitled matter having come before the Court, the Honorable Jonathan J.C. Grey, United States District Judge, presiding, and in accordance with the Opinion and Order entered on this date;

**IT IS ORDERED AND ADJUDGED** that Michigan First's cause of action is **DISMISSED WITH PREJUDICE**.

**IT IS SO ORDERED**.

Dated: September 29, 2023

**s/ Jonathan J.C. Grey**
JONATHAN J.C. GREY
UNITED STATES DISTRICT JUDGE

<u>Certificate of Service</u>

The undersigned certifies that the foregoing document was served upon counsel of record and any unrepresented parties via the Court's ECF System to their respective email or First-Class U.S. mail addresses disclosed on the Notice of Electronic Filing on September 29, 2023.

<u>s/ S. Osorio</u>
Sandra Osorio
Case Manager